UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>COLLEEN CHRISTENSEN,<br><br>    Debtor. | Bankr. No. 16-15085-CMA |
| EDMUND J. WOOD, Trustee of the Estate of Colleen Christensen,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, on behalf of its agency, the DEPARTMENT OF THE TREASURY, and its bureau, the INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Adv. Proc. No. 17-01072-CMA<br><br>UNITED STATES' ANSWER TO COMPLAINT |

The United States, on behalf of its agency the Internal Revenue Service ("IRS"), by and through its attorneys, Annette L. Hayes, United States Attorney for the Western District of Washington, and Pooja Faldu Davé, Assistant United States Attorney, hereby answers the Complaint

UNITED STATES' ANSWER TO COMPLAINT - 1
(A17-01072-CMA)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 17-01072-CMA    Doc 4    Filed 06/16/17    Ent. 06/16/17 12:40:09    Pg. 1 of 4

for Avoidance of Tax Penalties and Interest and Subordination of Claim ("Complaint") filed by Edmund J. Wood, the Trustee of the Estate of Colleen Christensen ("Plaintiff") as follows:

## I. PARTIES AND JURISDICTION

1. Based on information and belief, admit. The allegation that the Trustee is authorized to bring this adversary proceeding is a legal conclusion that does not require a response. Nonetheless, the United States admits that the Trustee is authorized to bring this adversary proceeding.

2. Admit.

3. Admit.

4. Admit that this adversary proceeding arises in the Chapter 7 case of Debtor Colleen Christensen pending in this court. The remainder of the allegations in paragraph 4 are legal conclusions that do not require a response. Nonetheless, the United States admits that this Court has subject matter jurisdiction over this adversary proceeding and that this proceeding is a core proceeding.

## II. FIRST CAUSE OF ACTION

5. Paragraph 5 does not contain factual allegations to which an answer is required.

6. Admit, but submit that the IRS filed amended claims on May 18, 2017 [Claims Register 5-4] and June 14, 2017 [Claims Register 5-5].

7. Admit that Claim No. 5-3 includes penalties and interest, but submit that the interest accrued on the tax due and on penalties.

8. The allegation in paragraph 8 is a legal conclusion that does not require a response. To the extent a response is required, denied.

9. The allegation in paragraph 9 is a legal conclusion that does not require a response. To the extent a response is required, denied.

10. The allegation in paragraph 10 is a legal conclusion that does not require a response. To the extent a response is required, denied.

11. Admit, but submit that Claim No. 5-3 also includes a claim for an unfiled tax return for tax year 2015.

12. The allegations in paragraph 12 are legal conclusions that do not require a response. To the extent a response is required, denied.

UNITED STATES' ANSWER TO COMPLAINT - 2
(A17-01072-CMA)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 17-01072-CMA    Doc 4    Filed 06/16/17    Ent. 06/16/17 12:40:09    Pg. 2 of 4

### III. SECOND CAUSE OF ACTION

13. Paragraph 13 does not contain factual allegations to which an answer is required.

14. Admit that Claim 5-3 includes a secured tax claim against the real property identified in paragraph 14, but denied as to the amount of the secured claim. Submit that the IRS' June 14, 2017 proof of claim [Claims Register 5-5] consists of a secured claim for $212,559.64, and a general, unsecured claim for $65,285,48.

15. The allegations in paragraph 15 are legal conclusions that do not require a response. To the extent a response is required, denied.

16. The allegations in paragraph 16 are legal conclusions that do not require a response. To the extent a response is required, denied.

### IV. RELIEF REQUESTED

Plaintiff's prayer for relief does not require an answer. To the extent a response is required, denied.

The United States denies all allegations contained in the Complaint that it has not specifically admitted above.

DATED this 16th day of June, 2017.

ANNETTE L. HAYES
United States Attorney

*/s/ Pooja Faldu Davé*
POOJA FALDU DAVÉ, NY Bar #5011804
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
E-mail: pooja.dave@usdoj.gov

UNITED STATES' ANSWER TO COMPLAINT - 3
(A17-01072-CMA)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 17-01072-CMA    Doc 4    Filed 06/16/17    Ent. 06/16/17 12:40:09    Pg. 3 of 4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Kathryn A Ellis    kae@seanet.

Edmund J Wood    ewood1@aol.com

I further certify that on this date, I mailed by United States Postal Service the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

DATED this 16th day of June, 2017.

                                            */s/ Crissy Leininger*
                                            CRISSY LEININGER
                                            Paralegal Specialist
                                            United States Attorney's Office
                                            700 Stewart Street, Suite 5220
                                            Seattle, Washington 98101-1271
                                            Phone: 206-553-7970
                                            E-mail:  christine.leininger@usdoj.gov

UNITED STATES' ANSWER TO COMPLAINT - 4
(A17-01072-CMA)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 17-01072-CMA    Doc 4    Filed 06/16/17    Ent. 06/16/17 12:40:09    Pg. 4 of 4