The Honorable Christopher M. Alston
Chapter 7
Location: Seattle, Washington

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>COLLEEN CHRISTENSEN,<br><br>                Debtor. | Bankr. No. 16-15085-CMA |
| EDMUND J. WOOD, Trustee of the Estate of Colleen Christensen,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, on behalf of its agency, the DEPARTMENT OF THE TREASURY, and its bureau, the INTERNAL REVENUE SERVICE,<br><br>                Defendant. | Adv. Proc. No. 17-01072-CMA<br><br>AMENDED STIPULATION ON COMPLAINT FOR AVOIDANCE OF TAX PENALTIES AND INTEREST AND SUBORDINATION OF CLAIM |

      Plaintiff Edmund J. Wood, Chapter 7 Trustee of the estate of Colleen Christensen ("Plaintiff"), and Defendant United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), hereby stipulate and agree as follows:

AMENDED STIPULATION ON COMPLAINT - 1
(A17-01072-CMA)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 17-01072-CMA    Doc 10    Filed 10/13/17    Ent. 10/13/17 11:37:56    Pg. 1 of 3

1. Plaintiff is the duly appointed and acting Chapter 7 Trustee in the Chapter 7 Bankruptcy Petition of Debtor Colleen Christensen ("Debtor").

2. Debtor filed her Chapter 7 Bankruptcy Petition on October 6, 2016.

3. At the time of Debtor's bankruptcy petition, Debtor owned real property located at 3917 E Olive St, Seattle, WA, legally described as follows: "Lots 1 and 2, Block D, Madrona Heights Addition, according to the plat thereof recorded in Volume 9 of Plats, page 100, records of King County, Washington. Situate in the County of King, State of Washington" ("Real Property").

4. On January 19, 2017, the IRS filed its first proof of claim for $290,212.81 and thereafter amended its proof of claim on January 20, 2017, January 27, 2017, May 18, 2017, June 14, 2017, and October 6, 2017. [Claims Register 5.]

5. The IRS' October 6, 2017 proof of claim ("Amended Claim") is for $290,212.81 and consists of a secured claim for $277,845.66 and a general, unsecured claim for $12,367.15. [Claims Register 5-6.] The IRS' claim is secured by Notices of Federal Tax Lien filed with the King County Auditor, which attaches to Debtor's Real Property. *Id.* The secured portion of the IRS' Amended Proof of Claim includes penalties and interest on penalties in the amount of $65,286.02. [*See* Claims Register 5.] The IRS' Amended Claim has not been objected to and is therefore deemed allowed pursuant to 11 U.S.C. § 502(a).

6. On May 11, 2017, Plaintiff filed a Complaint for Avoidance of Tax Penalties and Interest and Subordination of Claim, [Docket No. 1], seeking to avoid penalties and interest on penalties on the IRS' secured claim pursuant 11 U.S.C. § 726(a)(4) and seeking to subordinate the IRS' tax liens to costs of administration pursuant to 11 U.S.C. § 724(b)(2).

NOW, THEREFORE, IT IS STIPULATED

7. The penalties and interest on penalties in the amount of $65,286.02 on the IRS' claim secured by NFTLs shall be avoided pursuant to 11 U.S.C. § 724(a) and 11 U.S.C. § 726(a)(4) and preserved for the benefit of the estate pursuant to 11 U.S.C. § 551.

8. The IRS' secured claim secured by NFTLs against Debtor's Real Property shall be subordinated to costs of administration claims pursuant to 11 U.S.C. § 724(b)(2).

9. Pursuant to 11 U.S.C. § 724(b)(2), the proceeds of the property that is subject to the secured lien of the IRS shall be distributed to cost of administration creditors as specified in 11

AMENDED STIPULATION ON COMPLAINT - 2
(A17-01072-CMA)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 17-01072-CMA    Doc 10    Filed 10/13/17    Ent. 10/13/17 11:37:56    Pg. 2 of 3

U.S.C. § 507(a)(1)(C). The IRS will retain any claims pursuant to 11 U.S.C. § 724(b)(3) and (5).

10. If a discharge is not entered in bankruptcy case number 16-15085, or the case is dismissed, this Amended Stipulation and accompanying Order do not affect the validity or enforceability of the NFTLs on the Real Property and may not be used in any subsequent bankruptcy case.

11. This Amended Stipulation may not be altered, modified, or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives. Any attempted oral or implied amendment, modification, or waiver shall be null and void.

12. This Amended Stipulation is subject to the approval of the Bankruptcy Court. In the event that the Bankruptcy Court declines to approve this Stipulation, it shall be null and void, with no force or effect.

APPROVED FOR ENTRY BY:

ANNETTE L. HAYES
United States Attorney

/s/ Pooja Faldu Davé
POOJA FALDU DAVÉ, NY Bar #5011804
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4067
E-mail: pooja.dave@usdoj.gov
Attorney for Defendant


/s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
5506 6th Ave S, Suite 207
Seattle, WA 98108
(206) 682-5002
Attorney for Plaintiff

AMENDED STIPULATION ON COMPLAINT - 3
(A17-01072-CMA)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 17-01072-CMA    Doc 10    Filed 10/13/17    Ent. 10/13/17 11:37:56    Pg. 3 of 3